1  R. BRIAN DIXON, Bar No. 76247
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.743.6665
5  Email:       bdixon@littler.com

6  Attorneys for Defendant
   SAFEWAY INC.
7
   SCOTT EDWARD COLE, Bar No. 160744
8  CLYDE H. CHARLTON, Bar No. 127541
   MATTHEW R. BAINER, Bar No. 220972
9  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Suite 950
10 Oakland, CA  94612
   Telephone:   510.891.9800
11 Facsimile:   510.891.7030
   Email:       www.scalaw.com
12
   Attorneys for Representative Plaintiff
13 and the Plaintiff Class

**IT IS SO ORDERED**

*Judge James Larson*

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 LYNDELLE ROBERTSON, individually     Case No.  C 05-03812 JL
   and on behalf of all others similarly
18 situated,                            **STIPULATION EXTENDING TIME TO
                                        RESPOND TO AMENDED COMPLAINT**
19              Plaintiffs,

20      v.

21 SAFEWAY INC., and DOES 1-25,
   inclusive
22
                Defendants.
23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT

Case No.  C 05-03812 JL

1  The parties hereto, by and through their respective counsel, hereby stipulate as
2  follows:
3  WHEREAS, Defendant Safeway Inc.'s ("Defendant") responsive pleading to Plaintiff
4  Lyndelle Roberston's Amended Complaint is currently due on March 31, 2006;
5  WHEREAS, the parties were unsuccessful in mediating this case on March 21, 2006;
6  WHEREAS, Plaintiff's counsel requires additional time to determine whether this
7  case will proceed as currently pled;
8  IT IS HEREBY STIPULATED AND AGREED, by and through the parties'
9  respective counsel of record, that Defendant will file a responsive pleading to the Amended
10  Complaint on April 21, 2006.
11  IT IS FURTHER STIPULATED AND AGREED, by and through the parties'
12  respective counsel of record, that the Case Management Conference currently set for April 5, 2006 at
13  10:30 a.m. be continued to April 26, 2006 at 10:30 a.m.
14  IT IS SO STIPULATED.
15  Dated: 3/30, 2006

*[signature]*
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAFEWAY INC.

Dated: 3/30, 2006

*[signature]*
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES
Attorneys for Plaintiff
LYNDELLE ROBERTSON

Firmwide:80940988.1 001153.1513

LITTLER MENDELSON
A Professional Corporation
450 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT    2.    Case No. C 05-03812 JL