1  R. BRIAN DIXON, Bar No. 76247
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile: 415.743.6665
5  Email: bdixon@littler.com

6  Attorneys for Defendant
   SAFEWAY INC.
7
   IAN HERZOG, Bar No. 41396
8  LAW OFFICES OF IAN HERZOG
   233 Wilshire Blvd., Suite 550
9  Santa Monica, CA 90405
   Telephone: 310.458.6660
10 Facsimile: 310.458.9065

11 Attorneys for LYNDELLE ROBERTSON
   and the Plaintiff Class
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 LYNDELLE ROBERTSON, individually          Case No. C 05-03812 JL
   and on behalf of all others similarly
16 situated,                                 **STIPULATION (AND ORDER) FOR**
                                             **DISMISSAL**
17           Plaintiffs,

18     v.
                                             Judge:     James Larson
19 SAFEWAY INC., and DOES 1-25,              Courtroom: F
   inclusive
20
             Defendants.
21

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR DISMISSAL                                    Case No. C 05-03812 JL

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, that this action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the dismissal shall not affect the ability of Plaintiff LYNDELLE ROBERTSON to participate in the class actions known as *Knoch v. Safeway Inc. et al.*, Los Angeles Superior Court Case No. BC 278726; *Knoch v. Safeway Inc. et al.*, Los Angeles Superior Court Case No. BC 277481; *Farotte v. Safeway, Inc. et al.*, Alameda County Superior Court Case No. RG 05205915; *Lachlan Waterbury, Ken Farotte v. Safeway, Inc.*, Northern District of California Case No. C06-020272 SBA, now pending against Defendant Safeway Inc. If none of these class actions is certified, Plaintiff will have the right to pursue the claims previously set forth in this action individually against Defendant Safeway.

IT IS SO STIPULATED.

Dated: 9/25, 2006

R. BRIAN DIXON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAFEWAY INC.

Dated: 9-20-06, 2006

IAN HERZOG
Attorneys for Plaintiff
LYNDELLE ROBERTSON

## ORDER

Based upon the above stipulation, the Court hereby orders this case dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: 9/26/06

HONORABLE Judge James Larson

Firmwide:81345950.1 001153.1513

STIPULATION FOR DISMISSAL    2.    Case No. C 05-03812 JL